1  SHRENGER & CHAO
   A Professional Corporation
2  Justin J. Shrenger (State Bar No. 151252)
   Jason J. Chao (State Bar No. 244490)
3  3440 Wilshire Boulevard, Suite 810
   Los Angeles, California 90010-2101
4  Telephone:  (213) 625-8886
   Facsimile:  (213) 625-1388
5  E-Mail:      mail@shrenger.com

6  Attorneys for Plaintiff
   Paston Industrial Co., Ltd.
7
   LAW OFFICES OF CHANHO C. JOO
8  Chanho C. Joo, Esq. (State Bar No. 219973)
   3600 Wilshire Boulevard, Suite 2036
9  Los Angeles, California 90010
   Telephone: (213) 383-3366
10 Facsimile:  (213) 383-2469

11 Attorneys for Defendants, Passi, Inc. and
   Kevin Bae
12

JS - 6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PASTON INDUSTRIAL CO., LTD., a Taiwanese company and doing business as, "AMPEX INTERNATIONAL CORP."; <br><br> Plaintiff, <br><br> vs. <br><br> PASSI, INC., a California corporation; KEVIN BAE, an individual , DOES 1 to 10, inclusive, <br><br> Defendants. | CASE NO.:  CV 08-267-JFW (JTLx) <br><br> CONSENT JUDGMENT |

1  Upon the stipulation of Plaintiff Paston Industrial Co., Ltd., doing business as, Ampex International, Corp. ("Plaintiff" or "Paston") and defendants Passi, Inc. ("Passi") and Kevin Bae ("Bae, collectively with Passi, 'Defendants") for entry of judgment, and good cause appearing therefore, IT IS HEREBY ADJUDGED, ADJUDICATED AND DECREED AS FOLLOWS:

1. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332.

2. Venue is proper in this Judicial District under 28 U.S.C. § 1391(b)(1) and (b)(2).

3. Judgment is hereby entered in favor of Plaintiff and against Defendants Passi and Bae, jointly and severally, in the amount of $328,480.00.

4. All claims by Plaintiff against Defendants in the present action are dismissed.

5. Each party shall bear its own costs and attorneys' fees.

6. This Court shall retain continuing jurisdiction to enforce this Judgment.

WHEREFORE, JUDGMENT IN THIS MATTER IS HEREBY RENDERED pursuant to the foregoing.

DATED: June 10, 2008                    _____
                                        United States District Court Judge